UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JED B. IVERSON, Individually
and on behalf of all similarly
situated individuals,

    Plaintiff,

v.                                                             CASE NO. 3:18-cv-867-J-39JBT

ADVANCED DISPOSAL SERVICES,
INC., etc., et al.,

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motion for Leave to File Under Seal ("Motion") (Doc. 39). The Court need not await a response. For the reasons set forth herein, the Motion is due to be **DENIED without prejudice** to Defendant Advanced Disposal Services, Inc. ("Defendant") filing an appropriate motion.

Preliminarily, "[t]hough a stipulated protective order may provide that documents designated as confidential are presumptively protected, a party's calling a document confidential pursuant to a protective order does not make it so when it comes to filing the document with the court." *Joao Bock Transaction Sys., LLC v. Fidelity Nat'l Info. Servs., Inc.*, Case No. 3:13-cv-223-J-32JRK, 2014 WL 279656, at *1 (M.D. Fla. Jan. 24, 2014) (quotations omitted). Rather, the Court remains the primary representative of the public interest and must review any

request to seal a portion of the record. *Estate of Martin Luther King, Jr., Inc. v. CBS, Inc.*, 184 F. Supp. 2d 1353, 1363 (N.D. Ga. 2002).

Plaintiff seeks to file under seal an unredacted version of Plaintiff's counsel's Declaration in support of Plaintiff's Motion to Compel ("Declaration") (Doc. 38-2). In support of this request, Plaintiff states that the Declaration "quotes the content of and attaches documents (Exs. B and D) that were designated 'confidential' by Defendant under the parties' Confidentiality Agreement." (Doc. 39 at 1.) Thus, it appears that Defendant, not Plaintiff, may have an interest in the sealing of the Declaration.

Accordingly, it is **ORDERED**:

1. The Motion (**Doc. 39**) is **DENIED without prejudice** as stated herein.

2. If Defendant desires to have the Declaration sealed, it shall file a proper motion in compliance with Local Rule 1.09(a) **on or before February 8, 2019**. Plaintiff shall not file the unredacted Declaration in the public record prior to this date.

3. If Defendant does not file such a motion by this date, Plaintiff shall file the unredacted Declaration in the public record. If Defendant does file such a motion, Plaintiff shall not file the unredacted Declaration in the public record until after the Court decides the motion to seal.

**DONE AND ORDERED** at Jacksonville, Florida, on January 29, 2019.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record