UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JED B. IVERSON, Individually
and on behalf of all similarly
situated individuals,

      Plaintiff,

v.                                Case No. 3:18-cv-867-BJD-JBT

ADVANCED DISPOSAL
SERVICES, INC. and ADVANCED
DISPOSAL SERVICES SOLID
WASTE MIDWEST, LLC,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Second Joint Report Regarding Mediation (Doc. 144; Report). The parties report they reached a partial agreement regarding settlement of this case and are continuing to negotiate the remaining material terms. Report at 1. The parties ask for a stay of this case and its deadlines until the Court can review a March 22, 2021 status report.

Accordingly, after due consideration, it is

**ORDERED:**

1. This case and its deadlines are **STAYED**. The Clerk of the Court shall terminate all pending motions and administratively close the case.

2. On or before **March 22, 2021**, the parties shall file a joint status report regarding the state of their settlement negotiations.

**DONE** and **ORDERED** in Jacksonville, Florida this 23rd day of February, 2021.

BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record

- 2 -