UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JED B. IVERSON, INDIVIDUALLY AND
ON BEHALF OF ALL SIMILARLY
SITUATED INDIVIDUALS,

    Plaintiff,

v.                               NO.: 3:18-CV-00867-BJD-JBT

ADVANCED DISPOSAL SERVICES, INC.,
and ADVANCED DISPOSAL SERVICES SOLID
WASTE MIDWEST, LLC

    Defendants.
_____/

## STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's Feb. 23, 2021 order (ECF 145), which directed the parties to file a joint status report regarding the state of their settlement negotiations, the parties report that a formal settlement agreement has been drafted, and the parties are in the process of negotiating revisions to the same. The process has been prolonged due to a death in the family of the undersigned attorney Burnside, as well as destruction from the Houston Texas ice storm where Defendants' corporate counsel are located.

The parties propose the Court set a new deadline of April 12, 2021 to report on the status of their negotiations or, alternatively, to seek approval of the proposed settlement.

Respectfully submitted this 22nd day of March, 2021.

| **PLAINTIFF'S COUNSEL** | **HOLLAND & KNIGHT LLP** |
|---|---|
| *s/ Michael S. Hilicki* | *s/ Cynthia G. Burnside* |
| Keith J. Keogh (FBN 126335) | J. Allen Maines |
| Michael S. Hilicki (*pro hac vice*) | Florida Bar No.: 226270 |
| KEOGH LAW, LTD | Cynthia G. Burnside (*pro hac vice*) |
| 55 West Monroe Street | 1180 West Peachtree Street, N.W. |

111553

Suite 3390
Chicago, Illinois 60603
312-726-1092
312-726-1093 (fax)
Keith@KeoghLaw.com
mhilicki@keoghlaw.com

Christopher P. Martineau, Esq. (*pro hac vice*)
Attorney I.D.#0329265
Christopher A. Johnston, Esq. (*pro hac vice*)
Attorney I.D. #031156X
JOHNSTON | MARTINEAU, P.L.L.P.
2233 Hamline Avenue North, Suite 102
Roseville, MN 55113
Telephone: (612) 767-7790
Facsimile: (612) 379-0480
cmartineau@jmlegal.com
cjohnston@jmlegal.com

Max Story
MAX STORY LAW
328 2nd Avenue N., Suite 100
Jacksonville Beach, FL 32250
max@storylawgroup.com

Suite 1800
Atlanta, GA 30309
Telephone: (404) 817-8525
Facsimile: (404) 881-0470
allen.maines@hklaw.com
cynthia.burnside@hklaw.com

Michael M. Gropper
Florida Bar No.: 105959
50 North Laura Street, Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872
michael.gropper@hklaw.com

**BURR & FORMAN LLP**

Rik S. Tozzi
Admitted Pro Hac Vice
420 North Twentieth Street, Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5152
rik.tozzi@burr.com

*Attorneys for Defendants Advanced Disposal Services, Inc. and Advanced Disposal Services Solid Waste Midwest, LLC*